UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Carl K. Towley, III,

        Plaintiff,

v.                                ORDER ADOPTING
                                  REPORT AND RECOMMENDATION

Gary L. Tavernetti, et al.,

        Defendants.                Civ. No. 15-2304 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1. That Plaintiff Towley's Motion for Remand, [Docket No. 10], is **GRANTED** and that the present case is remanded to Minnesota's Third Judicial District.

    2. That Defendant Tavernetti's Motion to Dismiss or, alternatively, to Consolidate, [Docket No. 20], is **DENIED as moot**.

    3. Judgment is entered accordingly.

DATED: August 28, 2015                         s/Michael J. Davis
At Minneapolis, Minnesota               Michael J. Davis, Chief Judge
                                                     United States District Court